No. 145.  UYEKI *v.* STYER, COMMANDING GENERAL. December 16, 1946.  The stay order entered herein on June 10, 1946, 328 U. S. 825, is vacated except insofar as it stays execution of the sentence of death.

No. 41, Misc.  EX PARTE WHITE; and
No. 77, Misc.  EX PARTE HOUSE.  December 16, 1946. The motions for leave to file petitions for writs of certiorari are denied.

No. 74, Misc.  PHILLIPS *v.* RAGEN, WARDEN; and
No. 75, Misc.  EX PARTE MILLER.  December 16, 1946. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 76, Misc.  EX PARTE GOBIN.  December 16, 1946. The motion for leave to file petition for writ of mandamus is denied.